Emily Abraham (CA SBN 285019)
emily@abrahamgautam.com
Gautam Jagannath (CA SBN 285020)
gautam@abrahamgautam.com
**ABRAHAM & GAUTAM, LLP**
*a civil rights boutique*
1400 Shattuck Avenue, Ste 12-160
Berkeley, CA 94709
(p) 510.982.1190
(f) 510.761.7721

*Attorneys for the Plaintiff*
**RICHARD COLE**

Matthew Sgnilek (SBN 235299)
msgnilek@ohaganmeyer.com
Yahir A. Barragan (SBN 332801)
ybarragan@ohaganmeyer.com
**O'HAGAN MEYER**
4695 MacArthur Court, Suite 900
Newport Beach, CA 92660
Telephone: (949) 942-8500
Facsimile: (949) 942-8510

*Attorneys for Defendant*
**DISTRICT WORKS, LLC**

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| **RICHARD COLE,**<br><br>                    Plaintiff,<br><br>        v.<br><br>**DISTRICT WORKS, LLC,**<br><br><br>                    Defendant. | Case No.: **4:25-cv-06244-KAW**<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AND RETAINING JURISDICTION TO ENFORCE SETTLEMENT AGREEMENT**<br><br>Magistrate Judge Kandis A. Westmore |

[PROPOSED] ORDER GRANTING JOINT STIPULATION OF DISMISSAL – *25-cv-06244-KAW*

ABRAHAM & GAUTAM, LLP | CIVIL RIGHTS BOUTIQUE

Having considered the Parties' Joint Stipulation of Dismissal With Prejudice, and good cause appearing therefor, **IT IS HEREBY ORDERED** that:

The above-captioned action, Case No. 4:25-cv-06244-KAW, is **DISMISSED WITH PREJUDICE** in its entirety, as to all defendants, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Each party shall bear its own attorneys' fees and costs. No party is the prevailing party in this action.

The Court **RETAINS JURISDICTION** over the Parties for the limited purpose of enforcing the terms of the Parties' Confidential Settlement Agreement and General Release of All Claims dated April 17, 2026, consistent with *Kokkonen v. Guardian Life Insurance Co. of America*, 511 U.S. 375 (1994).

The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: June 10, 2026

_____
Hon. Kandis A. Westmore
United States Magistrate Judge

*ABRAHAM & GAUTAM, LLP | CIVIL RIGHTS BOUTIQUE*

- 2 -
[PROPOSED] ORDER GRANTING JOINT STIPULATION OF DISMISSAL – *25-cv-06244-KAW*